No. 777. First National Bank in Plant City *v.* Dickinson, Comptroller of Florida, et al.; and

No. 932. Camp, Comptroller of the Currency *v.* Dickinson, Comptroller of Florida, et al. C. A. 5th Cir. [Certiorari granted, 393 U. S. 1079.] Motion to enlarge time for oral argument granted and a total of one hour and 40 minutes allotted for oral argument. Mr. Justice Fortas took no part in the consideration or decision of this motion. *Solicitor General Griswold* for Camp and *Robert S. Edwards* for First National Bank in Plant City on the motion.

No. 1718, Misc. Riley *v.* Rhay, Penitentiary Superintendent, et al.;

No. 1720, Misc. Spaniel *v.* Nelson, Warden, et al.;

No. 1725, Misc. Jones *v.* Russell, Warden;

No. 1746, Misc. Akers *v.* Cassin, Judge; and

No. 1771, Misc. White *v.* Field, Men's Colony Superintendent. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1146. Goldstein, aka Pietraru, et al. *v.* Cox et al. Appeal from D. C. S. D. N. Y. Motion of Wolf Popper Ross Wolf & Jones for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted. *John R. Vintilla, Emanuel Eschwege,* and *Novak N. Marku* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Daniel M. Cohen,* Assistant Attorney General, for appellees. *Martin Popper* on the motion.